379 A.2d 581

Commonwealth v. Cofer, Appellant.

Sub-

mitted October 8, 1976.  Lee A. Nell, for appellant;  Denis P. Cohen, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.